

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00661-CR

Patricia **MOLINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7389
Honorable Angus McGinty, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  December 19, 2012

DISMISSED

On November 1, 2012, we notified the appellant that the trial court's certification in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." Additionally, the clerk's record contains a written waiver signed by the appellant pursuant to which she entered a plea of guilty. The trial court's judgment also shows that there was a plea bargain agreement, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant. Therefore, the trial court's

certification accurately reflects that this criminal case is a plea-bargain case. *See* TEX. R. APP. P. 25.2(a)(2).

In our November 1, 2012 order, we warned the appellant that "[this] appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." *See id.* R. 25.2(d). We ordered that this appeal would be dismissed pursuant to Rule 25.2(d) unless the appellant caused an amended trial court certification to be filed by December 3, 2012, that showed the appellant has the right of appeal. *See id.* R. 25.2(d), 37.1; *see also Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Daniels v. State*, 110 S.W.3d 174, 176 (Tex. App.—San Antonio 2003, no pet.). No response was filed. Accordingly, we dismiss this appeal.

PER CURIAM

DO NOT PUBLISH